UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
J.T. et al., :
:
                 Plaintiffs, :
: 21-CV-2231 (JMF) (SN)
     -v- :
: ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION, :
:
                 Defendant. :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 16, 2021, Plaintiffs filed their Complaint with the Court. *See* ECF No. 5. Defendant was served with the Complaint on March 24, 2021, and proof of service was filed with the Court. *See* ECF No. 11. To date, Defendant has neither answered the Complaint, nor otherwise appeared in this action.

       No later than **May 6, 2021**, the parties shall file a joint letter advising the Court of the status of this action and proposing next steps, including, if appropriate, default judgment motion practice. If this case has been settled or otherwise terminated, counsel shall file a stipulation of discontinuance, voluntary dismissal, or other proof of termination, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.20, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

       SO ORDERED.

Dated: May 3, 2021
       New York, New York
                                                    JESSE M. FURMAN
                                               United States District Judge