UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                      :

J.T. et al.,                                 :

                    Plaintiffs,       :

                                 :          21-CV-2231 (JMF) (SN)

      -v-                          :

                                 :               ORDER

NEW YORK CITY DEPARTMENT OF EDUCATION,  :

                                 :

                    Defendant.     :

                                 :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 6, 2021, the Court granted Defendant's application for an extension of the answer deadline and reminded counsel that in light of Defendant's appearance, the parties were required to submit a joint letter addressed to Magistrate Judge Netburn, the contents of which are described in the Court's Order of March 17, 2021, ECF No. 8, and either a fully executed consent form or a joint letter notifying the Court that the parties do not consent to conducting all further proceedings before the Magistrate Judge within two weeks, that is, no later than May 20, 2021, *see* ECF No. 14.  To date, the parties have not satisfied either obligation.  They shall comply with the Court's Orders no later than **June 1, 2021**, or sanctions may be imposed.

      SO ORDERED.

Dated: May 26, 2021
      New York, New York                                _____
                                              JESSE M. FURMAN
                                          United States District Judge